UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-034-02ML** **DATE: August 16, 2005**

**TITLE: USA v. Danilo A. Nunez**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Terrence P. Donnelly - Govt**
**John J. Bevilacqua - for Deft**
**Heather McLoughlin - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**No objections to the PSR. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to Counts I through IV of the Indictment: 24 mos' imprisonment (concurrent terms); followed by 3 yrs' supervised release. Special conditions of s/r: deft is to participate in Probation-approved mental-health treatment & substance-abuse treatment programs (to include up to 72 drug tests per year). $400 total special assessment; no fine is imposed. AUSA Donnelly advises the Court that the restitution information previously provided may not be accurate. Restitution amount to be determined once the govt supplies the Court will more accurate info as to amounts and victims. The Court is allowing the govt up to 30 days from today's hearing to provide the Court with same. The Court advises that interest on that restitution (which is joint-and several with co-defts Marsden & Stone) will be waived. The Court recommends to the BOP that this deft be placed in a facility near RI in order that the deft can maintain contact with his family. Deft to self-surrender to designated facility on Tue., 9/6/2005, before 2:00 p.m. Until that time, the deft remains on unsecured bond under terms & conditions previously set.**